PATRICK H. HICKS, ESQ., Bar # 004632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
WENDY'S OF LAS VEGAS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATOY JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WENDY'S OF LAS VEGAS, INC. a Foreign Corporation and DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02267-RFB-NJK<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE EARLY NEUTRAL EVALUATION SESSION** |

    Defendant WENDY'S OF LAS VEGAS, INC. and Plaintiff LATOY JOHNSON, by and through their counsel of record, hereby notify this Court that the parties have agreed to a resolution of this matter and are currently in the process of finalizing settlement documents. The parties anticipate filing the Stipulation for Dismissal with Prejudice within thirty (30) days.

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162437394.1 029931.1016

In light of such, the parties respectfully request that the Early Neutral Evaluation Session scheduled for February 22, 2019, be vacated and that the parties be excused from submitting their respective Early Neutral Evaluation Statements.

Dated: February 13, 2019                    Dated: February 13, 2019

/s/Patrick W. Kang                          /s/Sandra Ketner
PATRICK W. KANG                             PATRICK H. HICKS, ESQ.
KYLE R. TATUM                               SANDRA KETNER, ESQ.
KANG & ASSOCIATES                           LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                     Attorneys for Defendant
LATOY JOHNSON                               WENDY'S OF LAS VEGAS, INC.

**ORDER**

IT IS SO ORDERED that the ENE scheduled for 2/22/2019 is VACATED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 14, 2019

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162437394.1 029931.1016