PATRICK H. HICKS, ESQ., Bar # 004632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
WENDY'S OF LAS VEGAS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATOY JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WENDY'S OF LAS VEGAS, INC. a Foreign Corporation and DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02267-RFB-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff LATOY JOHNSON and Defendant WENDY'S OF LAS VEGAS, INC., by and through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162446122.1 029931.1016

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: March 4, 2019      Dated: March 4, 2019

*/s/Patrick W. Kang*      */s/Sandra Ketner*
PATRICK W. KANG      PATRICK H. HICKS, ESQ.
KYLE R. TATUM      SANDRA KETNER, ESQ.
KANG & ASSOCIATES      LITTLER MENDELSON, P.C.

Attorneys for Plaintiff      Attorneys for Defendant
LATOY JOHNSON      WENDY'S OF LAS VEGAS, INC.

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of March, 2019.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162446122.1 029931.1016